UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| CHAREILA L. BIEN,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of the<br>Social Security Administration,<br><br>Defendant. | No. 1:20-CV-212-H-BU |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) in this case on July 30, 2021. *See* Dkt. No. 15. Judge Parker recommended that the Court deny plaintiff's motion to proceed in forma pauperis. *Id.* at 3. No objections to the FCR were filed. The District Court has therefore reviewed the proposed FCR for plain error. Finding none, the Court accepts the FCR of the United States Magistrate Judge. Thus, the Court denies plaintiff's motion to proceed in forma pauperis and orders her to pay the $402.00 filing fee within 30 days from the issuance of this order. The Court warns plaintiff that it will dismiss her complaint if she fails to pay the filing fee. *Bey v. Chicory Court Madison III LP*, No. 3:21-CV-66-X-BT, 2021 WL 673180, at *1 (N.D. Tex. Feb. 22, 2021) ("The Court will dismiss the plaintiff's complaint in the future if he fails to either pay the $402.00 filing fee . . . .").

So ordered on August 23, 2021.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE